# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SOCORRO CERVANTES CEJA,

           Plaintiff,

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

           Defendant.

_____/

Case No.  1:16-cv-00729-SKO

**ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

(Doc. 2)

## ORDER

Plaintiff, Socorro Cervantes Ceja, filed a complaint on May 25, 2016, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.    The Clerk of Court is DIRECTED to issue a summons; and

3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   __**May 31, 2016**__               __/s/ *Sheila K. Oberto*__

                                    UNITED STATES MAGISTRATE JUDGE