# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO CERVANTES CEJA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:16-cv-00729-SKO<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND RESETTING DEADLINES**<br><br>**(Doc. 17)** |

　　　　Before the Court is the Motion to Withdraw as Attorney of Record (the "Motion") filed by Plaintiff's attorney, Lawrence D. Rohlfing.  (Doc. 17.)  By its order entered on January 18, 2017 (the "Order"), the Court ordered "that by no later than February 8, 2017 (1) Plaintiff may file an opposition to the Motion, if he so chooses; and (2) Defendant may file an opposition or statement of non-opposition to the Motion."[1]  (Doc. 18.)  To date, no party has filed an opposition or statement of non-opposition to the Motion.

---

[1] In its Order, the Court also directed Plaintiff's counsel "by no later than January 20, 2017 to (1) notify Plaintiff of the Motion by any and all known methods to communicate with Plaintiff; and (2) send a copy of this minute order to Plaintiff by any and all known addresses for Plaintiff."  (Doc. 18.)  Plaintiff's counsel subsequently filed documentation demonstrating that Plaintiff was served with the Motion on January 18, 2017, (Doc. 19), and the Court's Order on January 24, 2017, (Doc. 20).

Accordingly, for good cause shown, the Court GRANTS the Motion. (Doc. 17.) The Court therefore DIRECTS the Clerk to remove Lawrence D. Rohlfing as an attorney of record for Plaintiff in this matter.[2]

The Court notes that Plaintiff's opening brief was due by January 23, 2017. However, Plaintiff has not filed an opening brief to date.

As such, the Court ORDERS that, by no later than **April 21, 2017**, Plaintiff must (1) file an opening brief; (2) retain new counsel who file a notice of appearance on behalf of Plaintiff on the docket for this case; *or* (3) notify the Court of Plaintiff's request to dismiss this matter. **The Court CAUTIONS Plaintiff that, if one of these events does not occur by April 21, 2017, the Court shall enter an order to show cause as to why the Court should not dismiss this case, in its entirety.**

The Court DIRECTS the Clerk to send a copy of this order to the following last-known address for Plaintiff, as provided by his former counsel: 223 Buchanan Street, Coalinga, CA 93210.

IT IS SO ORDERED.

Dated:  **March 22, 2017**                             /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE

---

[2] The Court notes that Jacob John Larsen, with the Law offices of Lawrence D. Rohlfing, remains on the docket for this case as an attorney of record for Plaintiff. (*See* Doc. 10.) Nonetheless, in the Motion, Mr. Rohlfing indicates that Plaintiff is now without counsel. (*See* Doc. 17 at 4.)