# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO CERVANTES CEJA,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>                Defendant.<br>_____/ | Case No. 1:16-cv-00729-SKO<br><br>**ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED OR THAT PLAINTIFF FILE AN OPENING BRIEF**<br><br>(Doc. 23) |

On May 25, 2016, Plaintiff, while represented by counsel and *in forma pauperis*, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of her application for benefits. (Doc. 1.)

On January 11, 2017, Plaintiff's counsel filed a motion to withdraw as attorney of record, stating that he has been unable to contact Plaintiff about her case, making it unreasonably difficult for him to carry out her representation of Plaintiff effectively. (Doc. 17.) Plaintiff's counsel was permitted to withdraw as attorney of record on March 23, 2017, and the Court extended the deadline for Plaintiff to file and serve her opening brief to April 21, 2017. (Doc. 22). On May 8, 2017, Plaintiff was served with an Informational Order for Pro Se Litigants, which enlarged the time for Plaintiff to file and serve her opening brief to June 2, 2017. (Doc. 23.) The Informational Order detailed Plaintiff's responsibilities as a pro se litigant, including the substantive

requirements of an opening brief, and required that the opening brief be filed and served by no later than June 2, 2017. (Doc. 23, p. 2.) Plaintiff was further advised of the deadlines for the Commissioner's responsive brief and for any reply brief. (Doc. 23, p. 3.) These deadlines were also set forth on page 3 of the Informational Order which was served on Plaintiff. (Doc. 23, p. 3.)

On June 2, 2017, Plaintiff failed to file and serve her opening brief with the Court and on opposing counsel. (*See* Docket.) Plaintiff is, therefore, ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's May 8, 2017, Order extending the time to file Plaintiff's opening brief to June 2, 2017. (Doc. 23). Alternatively, Plaintiff may file an opening brief.

Accordingly, it is HEREBY ORDERED that:

1. By no later than **June 20, 2017**, Plaintiff shall **either**:
    a. file a written response to this Order to Show Cause; **or**
    b. file an Opening Brief that conforms with the requirements set forth in the Informational Order.

**Failure to respond to this Order to Show Cause will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **June 5, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE